IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATRINA DRESHER READY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:07cv618WHA |
| UNITED STATES OF AMERICA, | ) |
| BUREAU OF PRISONS, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

On July 3, 2007, Plaintiff filed Petition for Writ of Habeas Corpus (Doc. #1). Plaintiff also moved the Court for an expedited hearing on her Petition. Upon consideration of the Petition, it is

ORDERED that Defendants United States of America Bureau of Prisons and Susan Roberts, Warden of Elmore County Jail, shall file a written response to the Petition **on or before July 9, 2007**. It is further

ORDERED that a hearing is set for 2:00 p.m. on July 10, 2007, before the Honorable W. Harold Albritton, III, in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the following parties must appear at the hearing:

(1) counsel for Plaintiff;

(2) A representative from the United States Attorney's Office for the Middle District of

Alabama;

(3) Counsel for Defendant United States of America Bureau of Prisons;

(4) Defendant Susan Roberts;

(5) Counsel for Defendant Susan Roberts;

(6) Clifford Coleman, Director of the Bannum Place Halfway House in Montgomery, Alabama; and

(7) Lanette Fahie, Community Correction Manager, Bureau of Prisons, Gunter Annex Bldg. 834, 105 S. Turner Blvd., Montgomery, Alabama 36114.

It is further

ORDERED the persons having custody of Plaintiff are to produce her for the hearing.  ***Said persons are DIRECTED:  (1) to permit Plaintiff to have with her legal papers pertaining to this case; and (2) paper and pencil with which to make notes from the conference***.

Done this 5th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE