IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATRINA DRESHER READY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:07cv618WHA |
| UNITED STATES OF AMERICA, | ) |
| BUREAU OF PRISONS, *et al.* | ) |
| | ) |
| Defendants. | ) |

**AMENDED ORDER**

On July 5, 2007, the undersigned entered an Order (Doc. #2) stating:

the persons having custody of Plaintiff are to produce her for the hearing. ***Said persons are DIRECTED:  (1) to permit Plaintiff to have with her legal papers pertaining to this case; and (2) paper and pencil with which to make notes from the conference*..**

It is

ORDERED that this portion of the Order is VACATED.  It is further

ORDERED that the Bureau of Prisons Community Corrections Manager, Lanette Fahie, in Montgomery, Alabama and/or the United States Marshal for the Middle District of Alabama shall produce Katrina Dresher Ready for the hearing set for 2:00 p.m. on July 10, 2007, before the Honorable W. Harold Albritton, III, in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  It is further

ORDERED Plaintiff shall bear the costs of production.

Done this 6th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE