IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KATRINA READY, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 2:07cv618WHA |
| UNITED STATES OF AMERICA, BUREAU OF PRISONS, *et al.* | * | |
| | * | |
| Defendants. | | |
| | * | |

**MOTION TO VACATE THAT PORTION OF THE
AMENDED ORDER OF JULY 6, 2007, REQUIRING
THE PLAINTIFF TO PAY FOR THE COST OF HER BEING
TRANSPORTED FROM COUNTY JAIL TO THE
FEDERAL COURTHOUSE**

Comes now the Plaintiff, Katrina Ready, by and through her attorney, and moves for this Honorable Court to vacate that portion of its Amended Order of July 6, 2007, requiring the Plaintiff to pay for her transportation from Elmore County Jail to the Federal Courthouse for hearing on July 10, 2007, and in support thereof avers as follows:

1. The Plaintiff, Katrina Ready, is incarcerated in Elmore County Jail.

2. The Plaintiff is indigent and without adequate funds with which to pay the U.S. Marshals Office the sum of $450[1] to transport her from the Elmore County Jail to the United States Courthouse.

3. The undersigned attorney, who has been paid a modest fee for his involvement in this matter, has heretofore advanced the costs of subpoenas being issued,

---

[1] The U.S. Marshals Office advised this afternoon that the Plaintiff would have to deposit that sum with the U.S. Marshals Office.

1

as per the directive of Wallace Capel, Jr., U.S. Magistrate Judge, but the undersigned attorney believes that it would be unreasonable for him to be required to advance the sum of $450 to the U.S. Marshals Office, especially considering the indigent status of the Plaintiff.

    4.   Although habeas corpus is a civil matter, the Plaintiff is clearly a federal prisoner without funds with which to comply with this Court's Amended Order of July 6, 2007.

    WHEREFORE, it is respectfully requested that this Honorable Court waive the requirement that the Plaintiff pay for the cost of her transportation from the Elmore County Jail to the U.S. Courthouse on July 10, 2007, and that this Honorable Court vacate that portion of its Order of July 6, 2007.

                                                           */S/ Benjamin E. Pool*
                                                           BENJAMIN E. POOL

OF COUNSEL:
BENJAMIN E. POOL (POO008)
Attorney at Law
Post Office Box 2247
Montgomery, Alabama 36102-2247
(334) 265-3528
(334) 263-2428 FAX

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the ___6___ day of July, 2007.

U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197


                                           */S/ Benjamin E. Pool*
                                           BENJAMIN E. POOL