IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATRINA DRESHER READY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 2:07cv618WHA |
| UNITED STATES OF AMERICA, ) | |
| BUREAU OF PRISONS, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion to Vacate that portion of the Amended Order of July 6, 2007, Requiring Plaintiff to Pay for the Cost of her Transportation from County Jail to the Federal Courthouse (Doc. #5), it is

ORDERED that this motion (Doc. #5) is DENIED. Plaintiff has not provided the Court with any legal authority for waiver of the transportation costs. It is further

ORDERED that Plaintiff and her counsel shall appear before the Honorable Terry F. Moorer at 1:30 p.m. in Courtroom 4-A, Frank M. Johnson, Jr. United States Courthouse Annex, One Church Street, Montgomery, Alabama, on July 10, 2007, for an indigency hearing to determine whether Plaintiff is eligible for an *in forma pauperis* status. It is further

ORDERED that the United States Marshal shall produce Plaintiff Katrina Dreshner Ready for the indigency hearing.

Done this 9th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE