IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATRINA DRESHER READY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv618-WHA |
| ) | |
| UNITED STATES OF AMERICA, BUREAU ) | |
| OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion to Excuse Appearance with Counsel at Hearing (Doc. #7), and for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and Defendant Susan Roberts is excused from appearing at the hearing.

DONE this 10th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE