IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATRINA DRESHER READY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv618-WHA |
| | ) |
| UNITED STATES OF AMERICA, BUREAU | ) |
| OF PRISONS, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

As stated in open court on July 10, 2007, the hearing in this case is recessed, to resume on Tuesday, July 17, 2007, at 1:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Marshal is DIRECTED to have the Petitioner present for the hearing.

DONE this 11th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE