IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATRINA DRESHER READY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-618-WHA |
| | ) |
| UNITED STATES OF AMERICA | ) |
| BUREAU OF PRISONS, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of Plaintiff's *Motion for Leave to Proceed In Forma Pauperis* and *Affidavit* in support thereof, it is hereby **ORDERED** that the motion is **GRANTED**.

Done this 11th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE