IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KATRINA DRESHER READY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No.2:07cv618-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On July 13, 2007 (Doc. No. 16), the government filed a motion for the taking of the testimony of John Martin of Redwood Toxicology Laboratory by telephone. In its motion, the government contends that an unforeseen need for Mr. Martin's testimony arose during the evidentiary hearing conducted in this court on July 10, 2007. The government further asserts that counsel for the petitioner has been contacted and he does not oppose the government's request for the taking of Mr. Martin's testimony via telephone.

In light of the parties' agreement to the government's request, and for good cause show, it is hereby ORDERED that the motion for the taking of testimony by telephone (Doc. No. 16) is GRANTED.

Done this 17th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON

                SENIOR UNITED STATES DISTRICT JUDGE